**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

06/11/2020

IN RE:

LAWRENCE W. SILER
DONNA SILER
5027 ARDELLE DR.
PITTSBURGH, PA 15236
XXX-XX-3239        Debtor(s)

XXX-XX-2336

Case No.18-20771 JAD

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/11/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0324 |
| **ALLISON L CARR ESQ**<br>BERNSTEIN-BURKLEY PC<br>707 GRANT ST STE 2200<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM:  165.62<br>COMMENT:  NT/SCH*PIF/CR | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3239 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM:  878.28<br>COMMENT:  CL1GOV*NT/SCH-PL*PIF/CR*NTC RSV | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  3239 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br>DES MOINES, IA  50309 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  1,994.70<br>COMMENT:  UNS/SCH-PL*WNTS 0%*DTR2OBJ/CONCIL NOTES | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  6956 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  6,698.47<br>COMMENT:  PRICELINE~BARCLAYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6524 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  3,323.04<br>COMMENT:  SYNCHRONY BANK~CARE CREDIT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5563 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  7,504.85<br>COMMENT:  SYNCHRONY BANK~LOWES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0324 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  1,083.65<br>COMMENT:  SYNCHRONY BANK~LENSCRAFTERS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1812 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,962.21<br>COMMENT: SYNCHRONY BANK~SAMS CLUB | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6208 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,407.40<br>COMMENT: SYNCHRONY BANK~BRIGGS & STRATTON | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5235 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 2,451.70<br>COMMENT: SYNCHRONY BANK~VALUE CITY FURNITURE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6117 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 7,302.20<br>COMMENT: SYNCHRONY BANK~CARE CREDIT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4112 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 3,258.15<br>COMMENT: SYNCHRONY BANK~TORO | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3217 |
| **BEST BUY CREDIT SERVICES**<br>PO BOX 790441<br>SAINT LOUIS, MO 63179 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 1,909.63<br>COMMENT: $@0%/PL*57/MO | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 5657 |
| **ORANGE LAKE CNTRY CLUB &RSRT**<br>8505 W IRLO BRONSON HWY<br>KISSIMMEE, FL 24747 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: SURR/PL | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 538B |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*CL16GOV*DKT4PMT-LMT*BGN 4/18 | | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 7289 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2200 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9718 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8377 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br><br>INDIANA, PA  15701 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1315 |
| **FOUNDATION FINANCE CO**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  5,857.23<br>COMMENT:  LATE CL18GOV= TIMELY@0%*9719~UNS/SCH-PL*WNTS 13.5% /CL FACE* | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  121 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  1,583.92<br>COMMENT:  KOHLS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2918 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BALDWIN BORO~BALDWIN WHITEHALL SD/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  153.53<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  7,419.36<br>COMMENT:  NT/SCH*CITIBANK~EXPEDIA | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7480 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  128.39<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1621 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX  75266-0929 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  1,002.56<br>COMMENT:  CL16GOV*NO ARRS/PL*THRU 3/18 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  7289 |

| CLAIM RECORDS | | |
|---|---|---|
| **BALDWIN-WHITEHALL SD & BOROUGH OF BALD** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O JORDAN TAX SERVICE - DLNQ CLCTR | Court Claim Number:17 | ACCOUNT NO.: 3239 |
| 102 RAHWAY RD | | |
| | CLAIM: 3,344.00 | |
| MCMURRAY, PA  15317 | COMMENT: CL17GOV*2014-17*NO ACCT/CL*NT/SCH-PL*TIMELY*PD SD~DK | |
| | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:32  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT: PENNYMAC/PRAE | |

Case 18-20771-JAD    Doc 60    Filed 06/11/20    Entered 06/11/20 12:40:08    Desc
Page 6 of 6