IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
Lawrence W. Siler )
Donna Siler, )    Case No. 18-20771 JAD
    *Debtors* )    Chapter 13    Related to Docs. #23, 51 and 67

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

X̲ a plan modification sought by:    Debtor

☐ a motion to lift stay as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X̲ Chapter 13 Plan dated
☐ Amended Chapter 13 Plan dated    April 1, 2018

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X̲ Debtor's Plan payments shall be changed from $ 2,072.00  to
$ 2,665.00  per month, effective  April 2022  ; and/or the Plan term shall be changed from  months to  months. .

☐ In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice

[04/22]

under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor shall file and serve _____ on or before _____ .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to _____ the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X  Other:    <u>The monthly payment owed to Pennymac has been updated to match the most recent notice of mortgage payment change filed.. Legal fees of $500.00 have been added.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]

**SO ORDERED**, this __29th__ day of _____April_____, 2022.

Dated: _____4/29/2022_____

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ Julie Frazee Steidl
 Counsel to Debtors
Julie Frazee Steidl, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 35937
julie.steidl@steidl-steinberg.com

Stipulated by:

/s/ Owen Katz
Counsel to Chapter 13 Trustee

FILED
4/29/22 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

_____
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

[04/22]

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-20771-JAD |
| Lawrence W. Siler | Chapter 13 |
| Donna Siler | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence W. Siler, Donna Siler, 5027 Ardelle Dr., Pittsburgh, PA 15236-2501 |
| cr | + | Borough of Baldwin/Baldwin-Whitehall School Distri, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14832135 | + | Borough of Baldwin & Baldwin-Whitehall SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14922398 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14814268 | | Foundation Finance Company, Meadowrock Drive, Schofield, WI 54476 |
| 14783847 | + | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14812280 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14783856 | + | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 29 2022 23:24:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14814262 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 29 2022 23:24:00 | Barclays Bank, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14783839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:23:16 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14825862 | | Email/PDF: bncnotices@becket-lee.com | Apr 29 2022 23:23:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14783840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 29 2022 23:23:12 | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14826795 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 29 2022 23:25:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14783843 | + | Email/Text: psnyder@fcbanking.com | Apr 29 2022 23:24:00 | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783841 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2022 23:22:49 | Chase, Po Box 15123, Wilmington, DE 19850 |
| 14783844 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 29 2022 23:24:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14825969 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 23:23:16 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14783845 | + | Email/Text: bankruptcies@orangelake.com | Apr 29 2022 23:24:00 | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |

Case 18-20771-JAD    Doc 69    Filed 05/01/22    Entered 05/02/22 00:23:57    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14831108 | | Email/PDF: ebnotices@pnmac.com | Apr 29 2022 23:33:38 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14814197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2022 23:23:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14785644 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 29 2022 23:23:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14805546 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2022 23:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14783846 | + | Email/PDF: ebnotices@pnmac.com | Apr 29 2022 23:23:33 | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14816959 | | Email/Text: bnc-quantum@quantum3group.com | Apr 29 2022 23:24:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783848 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:23:27 | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |
| 14783849 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:22:56 | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14783851 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:22:56 | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14783852 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:23:29 | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14783853 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:22:56 | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14783854 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:23:27 | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14783855 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:23:27 | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14822134 | | Email/PDF: ebn_ais@aisinfo.com | Apr 29 2022 23:23:29 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Foundation Finance Company, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814263 | *+ | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14814264 | *+ | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14814267 | *+ | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814265 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814266 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814269 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14814270 | *+ | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |
| 14814271 | *+ | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14814272 | *+ | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14814273 | *+ | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |
| 14783850 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |

Case 18-20771-JAD    Doc 69    Filed 05/01/22    Entered 05/02/22 00:23:57    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 33 |

| | | |
|---|---|---|
| 14814274 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814275 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814276 | *+ | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14814277 | *+ | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14814278 | *+ | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14814279 | *+ | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14814280 | *+ | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14814281 | *+ | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Lawrence W. Siler julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Donna Siler julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lisa Cancanon | on behalf of Creditor Foundation Finance Company lisac@w-legal.com  Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pawb@fedphe.com |

TOTAL: 10