IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Lawrence W. Siler ) | |
| Donna Siler, ) | Case No. 18-20771 JAD |
|     *Debtors* ) | Chapter 13 |
| ) | |
| Lawrence W. Siler, ) | Document No. WO-1 |
| Social Security No. XXX-XX-3239 ) | |
|     *Movant* ) | |
| ) | |
|     *vs.* ) | |
| ) | Related to Document No. 71 |
| Siler Landscaping and Ronda J. Winnecour, ) | |
| Trustee, ) | |
|     *Respondents* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 4, 2022, a true and correct copy of the *Order to Pay Trustee together with Notice of Debtor's Social Security Number* was served by U.S. First Class Mail, postage prepaid, upon the following persons and parties:

Siler Landscaping
Attn: Payroll Dept.
5027 Ardelle Drive
Pittsburgh, PA 15236

Lawrence W. Siler
5027 Ardelle Dr.
Pittsburgh, PA 15236

**Served by CM/ECF Mail:**
Ronda J. Winnecour, Trustee

Date of Service:	May 4, 2022	/s/ Julie Frazee Steidl
                                                           Julie Frazee Steidl, Esquire
                                                           STEIDL & STEINBERG
                                                           28th Floor, Gulf Tower
                                                          707 Grant Street
                                                           Pittsburgh, PA 15219
                                                           (412) 391-8000
                                                           Julie.steidl@steidl-steinberg.com