|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE WESTERN DISTRICT OF PENNSYLVANIA | FILED<br>2/15/23 12:53 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

IN RE: )
)
Lawrence W. Siler )
Donna Siler, )    CaseNo.  18-20771JAD
    *Debtors* )    Chapter 13
)
Lawrence W. Siler, )    Document No. WO-1
Social Security No. XXX-XX-3239 )
    *Movant* )    Related to ECF No. 71
)
    *vs.* )
)
Siler Landscaping and Ronda J. Winnecour, )
Trustee, )
    *Respondents* )

### CONSENT ORDER TO SUSPEND WAGE ATTACHMENT FOR FOUR CYCLES

AND NOW, to wit, this 15th day of February 2023, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) The Husband Debtor is permitted to suspend his wage attachment for the next four weekly paychecks he receives;

2) The employer, Siler Landscaping, is to restart payroll deductions at the full amount of $615.00 from each weekly paycheck to the Chapter 13 Trustee after four pay cycles have passed with no wage attachment. It is the Husband Debtor's responsibility to ensure that the wage attachment resumes in a timely manner;

3) This wage attachment is being suspended due to a lack of snow related work for the Husband Debtor.

4) While the Trustee consents to the suspension of the wage attachment, to accommodate Debtors' circumstances, is not intended as a modification of the plan, and will not preclude the Trustee from filing a certificate of default or taking any other action(s) as a result of plan defaults or arrears as she believes appropriate in such defaults or arrears accrue.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within (3) days hereof.

                                                    JEFFERY A. DELLER
                                                  United States Bankruptcy Judge

Case Administrator to serve Debtor, Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-20771-JAD
Lawrence W. Siler  Chapter 13
Donna Siler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Feb 15, 2023  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence W. Siler, Donna Siler, 5027 Ardelle Dr., Pittsburgh, PA 15236-2501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com

Julie Frazee Steidl
    on behalf of Debtor Lawrence W. Siler julie.steidl@steidl-steinberg.com
    leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

Julie Frazee Steidl
    on behalf of Joint Debtor Donna Siler julie.steidl@steidl-steinberg.com
    leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 15, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lisa Cancanon
    on behalf of Creditor Foundation Finance Company lisac@w-legal.com  Llombardi06@law.du.edu

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com


TOTAL: 10