IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 18-20771-JAD |
| Lawrence W. Siler | ) | Chapter 13 |
| Donna Siler | ) | |
| Debtor(s) | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | Related to Docs. #78 and 81 |
| Lawrence W. Siler | ) | |
| Donna Siler | ) | |
| Respondent(s) | ) | |

<u>WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS</u>

The Motion to Dismiss that was filed in the above-referenced case on April 4, 2023 (document #78) is hereby WITHDRAWN. The hearing scheduled for May 24, 2023 is cancelled.

Respectfully submitted,

5/16/2023

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SO ORDERED.

5/16/2023

_____ sjk
Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
5/16/23 8:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-20771-JAD
Lawrence W. Siler                                                           Chapter 13
Donna Siler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                          Page 1 of 2
Date Rcvd: May 16, 2023                       Form ID: pdf900                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence W. Siler, Donna Siler, 5027 Ardelle Dr., Pittsburgh, PA 15236-2501 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Lawrence W. Siler julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Donna Siler julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

Lisa Cancanon
      on behalf of Creditor Foundation Finance Company lisac@w-legal.com  Llombardi06@law.du.edu

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

S. James Wallace
      on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
      on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com


TOTAL: 10