B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____Western_____ District Of _____Pennsylvania_____

**In re**  Lawrence Siler
Donna Siler

Case No. ___18-20771 JAD___

**Debtor**            AMENDED

Chapter ___13___

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $___4,000.00___

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $___800.00___

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $___3,200.00___

2. The source of the compensation paid to me was:   Filing Fee of $310.00 also paid

   [X] Debtor      [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [ ] Debtor      [X] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

  d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

  e. [Other provisions as needed]

Meeting with the Client, analysis of the problems, preparation and filing of the schedules, attendance at one Section 341 meeting, normal correspondence with creditors, trustee and clients.  In chapter 13 cases- it also includes the preparation of a Plan, attendance at the confirmation hearing, and reconciliation of the allowed claims.

  6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Unless specifically noted above or in a separate written agreement, services do not include the preparation of documents or attendance at hearings associated with objections to claim, responses to motions for relief from stay, amended Chapter 13 plans in response to motions to allow claims by utility companies or other claimants, amended chapter 13 plans in response to post-petition changes in regular monthly mortgage payments, applications for counsel fees, motions and amended plans pursuant to post-petition financing, responses to any motions filed by creditors or the Chapter 13 trustee, responses to the Chapter 13 Trustee's certificates of default, responses to motions to dismiss filed by creditors or the Chapter 13 trustee, complaints objecting to secured status, motions to allow the sale of property, amended Chapter 13 plans prepared at the client's request due to post-confirmation changes in circumstances, amendments to the debtor's schedules to add creditors not initially disclosed by the client, loss mitigation, and any other work performed by counsel above and beyond the services included in paragraph 6 above.  Should any of the aforementioned issues arise during the case, or any other additional work becomes necessary at a rate of between $250.00 per hour and $350.00 per hour depending on the rate of the attorney performing the service.  The rates of $250.00 per hour to $350.00 per hour may be increase up to 10% per year after the filing of the Chapter 13 case.  The rate for work performed by a paralegal is $100.00 per hour subject to a 10% increase per year after filing.  Any additional fees that may be charged are subject to the approval of the Bankruptcy Court.

---

**CERTIFICATION**

 I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

April 17, 2018

*Date*

/s/ Julie Frazee Steidl

*Signature of Attorney*

Steidl & Steinberg, P.C.

*Name of law firm*