IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Lawrence W. Siler ) | |
| Donna Siler, ) | |
|     *Debtors* ) | Case No. 18-20771 JAD |
| ) | Chapter 13 |
| Lawrence W. Siler ) | |
| Donna Siler, ) | |
|     *Movants* ) | Document No. |
| ) | |
| No Respondents ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 21, 2018 at docket numbers 13 and 14, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| August 31, 2023 | /s/ Lawrence W. Siler |
| Date | Debtor |

| | |
|---|---|
| August 31, 2023 | /s/ Donna Siler |
| Date | Debtor |

        Respectfully submitted,

September 5, 2023  
DATE

/s/ Julie Frazee Steidl  
Julie Frazee Steidl, Esquire  
Attorney for the Debtors  
STEIDL & STEINBERG  
Suite 2830, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
julie.steidl@steidl-steinberg.com  
PA I.D. No. 35937

**PAWB Local Form 24 (07/13)**