**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lawrence W. Siler**
**Donna Siler**
  Debtor(s)

Bankruptcy Case No.: 18−20771−JAD
Related to Doc. #93
Chapter: 13
Docket No.: 94 − 93

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of October, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/11/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/20/23 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/11/23.**

                                                 Jeffery A. Deller
                                                 United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-20771-JAD

Lawrence W. Siler     Chapter 13

Donna Siler

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Oct 27, 2023     Form ID: 408     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence W. Siler, Donna Siler, 5027 Ardelle Dr., Pittsburgh, PA 15236-2501 |
| cr | + | Borough of Baldwin/Baldwin-Whitehall School Distri, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14832135 | + | Borough of Baldwin & Baldwin-Whitehall SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14922398 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14814268 | | Foundation Finance Company, Meadowrock Drive, Schofield, WI 54476 |
| 14783847 | + | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14783856 | + | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 28 2023 00:03:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14814262 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 28 2023 00:03:00 | Barclays Bank, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14783839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2023 00:14:14 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14825862 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2023 00:14:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14783840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:14:05 | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14826795 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2023 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14783843 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 28 2023 00:03:00 | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783841 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2023 00:14:19 | Chase, Po Box 15123, Wilmington, DE 19850 |
| 14783844 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2023 00:03:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14825969 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:13:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14783845 | + | Email/Text: bankruptcy@holidayinnclub.com | Oct 28 2023 00:03:00 | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |
| 14831108 | | Email/PDF: ebnotices@pnmac.com | Oct 28 2023 00:14:19 | PENNYMAC LOAN SERVICES, LLC, P.O. |

Case 18-20771-JAD    Doc 95    Filed 10/29/23    Entered 10/30/23 00:25:43    Desc Imaged
                                Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 408 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BOX 2010, MOORPARK CA 93020 |
| 14814197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2023 00:01:48 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14785644 | + | Email/PDF: rmscedi@recoverycorp.com Oct 28 2023 00:13:44 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14805546 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Oct 28 2023 00:04:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14783846 | + | Email/PDF: ebnotices@pnmac.com Oct 28 2023 00:02:16 | | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14816959 | | Email/Text: bnc-quantum@quantum3group.com Oct 28 2023 00:04:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783848 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:01:42 | | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |
| 14783849 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:01:36 | | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14783851 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:02:14 | | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14783852 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:01:36 | | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14783853 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:02:40 | | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14783854 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:01:44 | | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14783855 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:13:55 | | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14822134 | | Email/PDF: ebn_ais@aisinfo.com Oct 28 2023 00:13:52 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14812280 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Oct 28 2023 00:02:14 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Foundation Finance Company, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814263 | *+ | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14814264 | *+ | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14814267 | *+ | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814265 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814266 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814269 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14814270 | *+ | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |
| 14814271 | *+ | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14814272 | *+ | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14814273 | *+ | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: 408 | Total Noticed: 33 |

| | | |
|---|---|---|
| 14783850 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814274 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814275 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814276 | *+ | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14814277 | *+ | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14814278 | *+ | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14814279 | *+ | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14814280 | *+ | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14814281 | *+ | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:**

**Name** **Email Address**

Brian Nicholas
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com

Julie Frazee Steidl
on behalf of Debtor Lawrence W. Siler julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Julie Frazee Steidl
on behalf of Joint Debtor Donna Siler julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lisa Cancanon
on behalf of Creditor Foundation Finance Company lisac@w-legal.com  Llombardi06@law.du.edu

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

TOTAL: 10