**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LAWRENCE W. SILER<br>DONNA SILER<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>    vs.<br>No Respondents. | Case No.:18-20771 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/01/2018 and confirmed on 7/11/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 123,395.39 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 123,395.39 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,784.72 | |
|   Trustee Fee | 5,599.79 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,384.51 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 54,236.33 | 0.00 | 54,236.33 |
|     Acct: 7289 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,002.56 | 1,002.56 | 0.00 | 1,002.56 |
|     Acct: 7289 | | | | |
|   WELLS FARGO BANK NA | 1,994.70 | 1,994.70 | 0.00 | 1,994.70 |
|     Acct: 6956 | | | | |
|   BEST BUY CREDIT SERVICES | 1,909.63 | 1,909.63 | 0.00 | 1,909.63 |
|     Acct: 5657 | | | | |
|   ORANGE LAKE CNTRY CLUB &RSRT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 538B | | | | |
|   FOUNDATION FINANCE CO | 5,857.23 | 5,857.23 | 0.00 | 5,857.23 |
|     Acct: 121 | | | | |
| | | | | 65,000.45 |
| **Priority** | | | | |
|   JULIE FRAZEE STEIDL ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W. SILER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 584.72 | 584.72 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-23 | | | | |
|   PA DEPARTMENT OF REVENUE* | 389.56 | 389.56 | 0.00 | 389.56 |
|     Acct: 3239 | | | | |
|   BALDWIN-WHITEHALL SD & BOROUGH O | 3,344.00 | 3,344.00 | 0.00 | 3,344.00 |
|     Acct: 3239 | | | | |
| | | | | 3,733.56 |
| **Unsecured** | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3239 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 6,698.47 | 6,698.47 | 0.00 | 6,698.47 |
|     Acct: 6524 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA Fl | 3,323.04 | 3,323.04 | 0.00 | 3,323.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5563 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 7,504.85 | 7,504.85 | 0.00 | 7,504.85 |
| Acct: 0324 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,083.65 | 1,083.65 | 0.00 | 1,083.65 |
| Acct: 1812 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,962.21 | 1,962.21 | 0.00 | 1,962.21 |
| Acct: 6208 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,407.40 | 2,407.40 | 0.00 | 2,407.40 |
| Acct: 5235 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,451.70 | 2,451.70 | 0.00 | 2,451.70 |
| Acct: 6117 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 7,302.20 | 7,302.20 | 0.00 | 7,302.20 |
| Acct: 4112 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,258.15 | 3,258.15 | 0.00 | 3,258.15 |
| Acct: 3217 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2200 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9718 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8377 | | | | |
| FIRST COMMONWEALTH BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1315 | | | | |
| CAPITAL ONE NA** | 1,583.92 | 1,583.92 | 0.00 | 1,583.92 |
| Acct: 2918 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 153.53 | 153.53 | 0.00 | 153.53 |
| Acct: 0001 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 7,419.36 | 7,419.36 | 0.00 | 7,419.36 |
| Acct: 7480 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 128.39 | 128.39 | 0.00 | 128.39 |
| Acct: 1621 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0324 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 45,276.87 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 114,010.88 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,733.56 |
| SECURED | 10,764.12 |
| UNSECURED | 45,276.87 |

Date: 10/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   LAWRENCE W. SILER
   DONNA SILER
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:18-20771 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-20771-JAD
Lawrence W. Siler Chapter 13
Donna Siler
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence W. Siler, Donna Siler, 5027 Ardelle Dr., Pittsburgh, PA 15236-2501 |
| cr | + | Borough of Baldwin/Baldwin-Whitehall School Distri, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14832135 | + | Borough of Baldwin & Baldwin-Whitehall SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14922398 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14814268 | | Foundation Finance Company, Meadowrock Drive, Schofield, WI 54476 |
| 14783847 | + | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14783856 | + | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 28 2023 00:03:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14814262 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 28 2023 00:03:00 | Barclays Bank, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14783839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2023 00:14:07 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14825862 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2023 00:14:14 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14783840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2023 00:13:44 | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14826795 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 28 2023 00:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14783843 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 28 2023 00:03:00 | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783841 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 28 2023 00:01:37 | Chase, Po Box 15123, Wilmington, DE 19850 |
| 14783844 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2023 00:03:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14825969 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2023 00:02:49 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14783845 | + | Email/Text: bankruptcy@holidayinnclub.com | Oct 28 2023 00:03:00 | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |
| 14831108 | | Email/PDF: ebnotices@pnmac.com | Oct 28 2023 00:02:21 | PENNYMAC LOAN SERVICES, LLC, P.O. |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BOX 2010, MOORPARK CA 93020 |
| 14814197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 28 2023 00:02:18 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14785644 | + | Email/PDF: rmscedi@recoverycorp.com Oct 28 2023 00:13:55 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14805546 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Oct 28 2023 00:04:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14783846 | + | Email/PDF: ebnotices@pnmac.com Oct 28 2023 00:01:44 | | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14816959 | | Email/Text: bnc-quantum@quantum3group.com Oct 28 2023 00:04:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783848 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:02:41 | | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |
| 14783849 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:01:42 | | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14783851 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:01:36 | | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14783852 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:01:45 | | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14783853 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:13:59 | | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14783854 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:14:01 | | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14783855 | + | Email/PDF: ais.sync.ebn@aisinfo.com Oct 28 2023 00:01:40 | | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14822134 | | Email/PDF: ebn_ais@aisinfo.com Oct 28 2023 00:13:45 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14812280 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Oct 28 2023 00:14:14 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Foundation Finance Company, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814263 | *+ | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14814264 | *+ | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14814267 | *+ | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814265 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814266 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814269 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14814270 | *+ | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |
| 14814271 | *+ | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14814272 | *+ | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14814273 | *+ | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |

Case 18-20771-JAD    Doc 96    Filed 10/29/23    Entered 10/30/23 00:25:43    Desc Imaged
Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2023 | Form ID: pdf900 | Total Noticed: 33 |

| | | |
|---|---|---|
| 14783850 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814274 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814275 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814276 | *+ | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14814277 | *+ | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14814278 | *+ | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14814279 | *+ | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14814280 | *+ | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14814281 | *+ | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com

Julie Frazee Steidl
on behalf of Debtor Lawrence W. Siler julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Julie Frazee Steidl
on behalf of Joint Debtor Donna Siler julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lisa Cancanon
on behalf of Creditor Foundation Finance Company lisac@w-legal.com Llombardi06@law.du.edu

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor PENNYMAC LOAN SERVICES LLC pawb@fedphe.com

TOTAL: 10