| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lawrence W. Siler<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3239<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Donna Siler<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2336<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    18–20771–JAD | | |

# Order of Discharge                                            12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lawrence W. Siler                    Donna Siler

12/12/23                    **By the court:** Jeffery A. Deller
                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-20771-JAD
Lawrence W. Siler  Chapter 13
Donna Siler
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Dec 12, 2023      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence W. Siler, Donna Siler, 5027 Ardelle Dr., Pittsburgh, PA 15236-2501 |
| cr | + | Borough of Baldwin/Baldwin-Whitehall School Distri, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14832135 | + | Borough of Baldwin & Baldwin-Whitehall SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14922398 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14814268 | | Foundation Finance Company, Meadowrock Drive, Schofield, WI 54476 |
| 14783847 | + | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14783856 | + | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 13 2023 04:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2023 00:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2023 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14814262 | + | EDI: TSYS2 | Dec 13 2023 04:56:00 | Barclays Bank, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14783839 | + | EDI: CITICORP | Dec 13 2023 04:56:00 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14825862 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:16:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14783840 | + | EDI: CAPITALONE.COM | Dec 13 2023 04:56:00 | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14826795 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2023 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14783843 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2023 00:09:00 | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783841 | | EDI: JPMORGANCHASE | Dec 13 2023 04:56:00 | Chase, Po Box 15123, Wilmington, DE 19850 |
| 14783844 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2023 00:08:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14825969 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 13 2023 00:16:30 | | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14783845 | + | Email/Text: bankruptcy@holidayinnclub.com Dec 13 2023 00:08:00 | | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |
| 14831108 | | Email/PDF: ebnotices@pnmac.com Dec 13 2023 00:16:45 | | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2010, MOORPARK CA 93020 |
| 14814197 | | EDI: PRA.COM Dec 13 2023 04:56:00 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14785644 | + | EDI: RECOVERYCORP.COM Dec 13 2023 04:56:00 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14805546 | | EDI: PENNDEPTREV Dec 13 2023 04:56:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14805546 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2023 00:09:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14783846 | + | Email/PDF: ebnotices@pnmac.com Dec 13 2023 00:31:56 | | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14816959 | | EDI: Q3G.COM Dec 13 2023 04:56:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783848 | + | EDI: SYNC Dec 13 2023 04:56:00 | | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |
| 14783849 | + | EDI: SYNC Dec 13 2023 04:56:00 | | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14783851 | + | EDI: SYNC Dec 13 2023 04:56:00 | | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14783852 | + | EDI: SYNC Dec 13 2023 04:56:00 | | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14783853 | + | EDI: SYNC Dec 13 2023 04:56:00 | | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14783854 | + | EDI: SYNC Dec 13 2023 04:56:00 | | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14783855 | + | EDI: SYNC Dec 13 2023 04:56:00 | | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14822134 | | EDI: AIS.COM Dec 13 2023 04:56:00 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14812280 | | EDI: WFFC2 Dec 13 2023 04:56:00 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Foundation Finance Company, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814263 | *+ | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |

Case 18-20771-JAD   Doc 101   Filed 12/14/23   Entered 12/15/23 00:29:34   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Dec 12, 2023 | Form ID: 3180W | Total Noticed: 34 |

| | | |
| --- | --- | --- |
| 14814264 | *+ | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14814267 | *+ | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814265 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814266 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814269 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14814270 | *+ | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |
| 14814271 | *+ | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14814272 | *+ | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14814273 | *+ | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |
| 14783850 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814274 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814275 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814276 | *+ | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14814277 | *+ | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14814278 | *+ | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14814279 | *+ | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14814280 | *+ | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14814281 | *+ | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 1 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com

Julie Frazee Steidl
on behalf of Debtor Lawrence W. Siler julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Julie Frazee Steidl
on behalf of Joint Debtor Donna Siler julie.steidl@steidl-steinberg.com
abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lisa Cancanon
on behalf of Creditor Foundation Finance Company lisac@w-legal.com Llombardi06@law.du.edu

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 12, 2023 | Form ID: 3180W | Total Noticed: 34 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

TOTAL: 10