IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LAWRENCE W. SILER
DONNA SILER
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:18-20771 JAD

Chapter 13

Related to ECF No. 93

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 12th day of December, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/12/23 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lawrence W. Siler  
Donna Siler  
    Debtors

Case No. 18-20771-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Dec 12, 2023     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lawrence W. Siler, Donna Siler, 5027 Ardelle Dr., Pittsburgh, PA 15236-2501 |
| cr | + | Borough of Baldwin/Baldwin-Whitehall School Distri, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14832135 | + | Borough of Baldwin & Baldwin-Whitehall SD, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14922398 | + | FOUNDATION FINANCE COMPANY, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14814268 | | Foundation Finance Company, Meadowrock Drive, Schofield, WI 54476 |
| 14783847 | + | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14783856 | + | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2023 00:09:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14814262 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 13 2023 00:09:00 | Barclays Bank, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14783839 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 13 2023 00:16:49 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14825862 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2023 00:16:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14783840 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 13 2023 00:15:51 | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14826795 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2023 00:10:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14783843 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2023 00:09:00 | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783841 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 13 2023 00:16:44 | Chase, Po Box 15123, Wilmington, DE 19850 |
| 14783844 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2023 00:08:00 | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14825969 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2023 00:16:27 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14783845 | + | Email/Text: bankruptcy@holidayinnclub.com | Dec 13 2023 00:08:00 | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |
| 14831108 | | Email/PDF: ebnotices@pnmac.com | Dec 13 2023 00:31:21 | PENNYMAC LOAN SERVICES, LLC, P.O. |

District/off: 0315-2  User: auto  Page 2 of 3
Date Rcvd: Dec 12, 2023  Form ID: pdf900  Total Noticed: 33

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BOX 2010, MOORPARK CA 93020 |
| 14814197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2023 00:16:50 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14785644 | + | Email/PDF: rmscedi@recoverycorp.com Dec 13 2023 00:16:08 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14805546 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2023 00:09:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14783846 | + | Email/PDF: ebnotices@pnmac.com Dec 13 2023 00:16:23 | | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14816959 | | Email/Text: bnc-quantum@quantum3group.com Dec 13 2023 00:09:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14783848 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2023 00:16:44 | | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |
| 14783849 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2023 00:16:44 | | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14783851 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2023 00:16:47 | | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14783852 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2023 00:16:44 | | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14783853 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2023 00:16:15 | | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14783854 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2023 00:16:49 | | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14783855 | + | Email/PDF: ais.sync.ebn@aisinfo.com Dec 13 2023 00:16:47 | | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14822134 | | Email/PDF: ebn_ais@aisinfo.com Dec 13 2023 00:16:19 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14812280 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 13 2023 00:31:39 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Foundation Finance Company, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14814263 | *+ | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14814264 | *+ | Captial One, PO Box 71087, Charlotte, NC 28272-1087 |
| 14814267 | *+ | First Commonwealth Bank, Po Box 0537, Indiana, PA 15701-0537 |
| 14783842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814265 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814266 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Po Box 15123, Wilmington, DE 19850 |
| 14814269 | *+ | Kohl's, Po Box 2983, Milwaukee, WI 53201-2983 |
| 14814270 | *+ | Orange Lake Resorts, 8505 West Irlo Bronson Memorial Highway, Kissimmee, FL 34747-8217 |
| 14814271 | *+ | PennyMac, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14814272 | *+ | Priceline, Card Services, PO Box 1337, Philadelphia, PA 19105 |
| 14814273 | *+ | Sams Club, Po Box 530942, Atlanta, GA 30353-0942 |

| | | |
|---|---|---|
| 14783850 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814274 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814275 | *+ | Synchrony Bank/Care Credit, Po Box 965061, Orlando, FL 32896-5061 |
| 14814276 | *+ | Synchrony Bank/LensCrafters, Po Box 965061, Orlando, FL 32896-5061 |
| 14814277 | *+ | Synchrony Bank/Lowes, Po Box 965060, Orlando, FL 32896-5060 |
| 14814278 | *+ | Synchrony Bank/Toro Consumer, Po Box 965061, Orlando, FL 32896-5061 |
| 14814279 | *+ | Synchrony Bank/Value City, Po Box 965061, Orlando, FL 32896-5061 |
| 14814280 | *+ | Syncrhony Bank/Briggs&Stratton, Po Box 965061, Orlando, FL 32896-5061 |
| 14814281 | *+ | Window World, Wells Fargo Financial Nation Bank, Po Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Baldwin/Baldwin-Whitehall School District jhunt@grblaw.com |
| Julie Frazee Steidl | on behalf of Debtor Lawrence W. Siler julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Julie Frazee Steidl | on behalf of Joint Debtor Donna Siler julie.steidl@steidl-steinberg.com abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lisa Cancanon | on behalf of Creditor Foundation Finance Company lisac@w-legal.com Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pawb@fedphe.com |

TOTAL: 10