| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Lawrence W. Siler |
| Debtor 2    Donna Siler |
| Debtor 2 |
| United States Bankruptcy Court for the WESTERN District of Pennsylvania |
| Case number    18-20771 JAD |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC

**Court claim no.** (if known): 16

**Last 4 digits** of any number you use to identify the debtor's account: 7289

**Date of payment change:**
Must be at least 21 days after date of this notice    05/01/2022

**New total payment:**    $894.85
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $355.47        New escrow payment:   $ 374.47

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:        _____%        New interest rate:       _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
        (*Court approval may be required before the payment change can take effect.*)
        Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $ _____

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

Debtor(s)    <u>Lawrence W. Siler , Donna Siler</u>    Case number (*if known*) <u>18-20771 JAD</u>
First Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Brian C. Nicholas (Atty ID: 317240)        Date    03/25/2022
Signature
**Print:** Brian Nicholas
25 Mar 2022, 16:19:25, EDT

Title    <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701    Market Street, Suite 5000</u>
Number    Street
Philadelphia,    PA    19106
City    State    ZIP Code

Contact phone    (215) 627–1322    Email    bkgroup@kmllawgroup.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2