## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Donna Siler<br>     Lawrence W. Siler<br><br>                        **Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>                      **Movant**<br>    **vs.**<br><br>**Donna Siler**<br>**Lawrence W. Siler**<br><br>                        **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br><br>                      **Trustee** | **BK NO. 18-20771 JAD**<br><br>**Chapter 13**<br><br>**Related to Claim No. 16** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>March 30, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Donna Siler
5027 Ardelle Drive
Donna, PA 15236

Lawrence W. Siler
5027 Ardelle Drive
Pittsburgh, PA 15236

<u>Attorney for Debtor(s)</u>
Julie Frazee Steidl, Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>March 30, 2022</u>

                                         **/s/Brian C. Nicholas Esquire**
                                         Brian C. Nicholas Esquire
                                         Attorney I.D. 317240
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         412-430-3594
                                         bkgroup@kmllawgroup.com